UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VANDO GVOZDAREVIC,<br><br>Defendant | Criminal No. 22cr10136<br><br>Violation:<br><br>Count One: Possession with Intent to Distribute 500 Grams or More of Methamphetamine and 40 Grams or More of Fentanyl<br>(21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and (b)(1)(B)(vi))<br><br>Forfeiture Allegation:<br>(21 U.S.C. § 853) |

## INFORMATION

### COUNT ONE
Possession with Intent to Distribute
500 Grams or More of Methamphetamine and
40 Grams or More of Fentanyl
(21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and (b)(1)(B)(vi))

The United States Attorney charges:

On or about November 10, 2021, in Chelmsford, in the District of Massachusetts, the defendant,

VANDO GVOZDAREVIC,

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine and 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, Schedule II controlled substances.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), and (b)(1)(B)(vi).

1

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The United States Attorney further alleges:

1. Upon conviction of the offense in violation of Title 21, United States Code, Section 841, set forth in Count One, the defendant,

VANDO GVOZDAREVIC,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense. The property to be forfeited includes, but is not limited to, the following asset:

    a. $13,520.00 in U.S. currency sized from the residence at 96 Richardson Road, #A14, North Chelmsford, MA.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

Respectfully Submitted,

RACHAEL S. ROLLINS
United States Attorney

By: /s/ Philip Cheng
PHILIP C. CHENG
Assistant United States Attorney

DATED: 6/13/2022